## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1770  Assigned/Issued By: j. n.

Judge Name: kendall  Designated Magistrate Judge: nolan

### FEE INFORMATION

Amount Due: ☑ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other ____
☐ $455.00

Number of Service Copies ____  Date: ____

*(For use by Fiscal Department Only)*

Amount Paid: 350  Receipt #: 2646720

Date Payment Rec'd: 3-27-08  Fiscal Clerk: j. n.

### ISSUANCES

☑ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
(Victim, Against and $ Amount)
☐ Citation to Discover Assets
☐ Other
☐ Writ ____
(Type of Writ)
_____
(Type of issuance)

1  Original and 0  copies on 3/27/08  as to defendnat
(Date)