65100/1137LIT4769

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.,

       Plaintiff,

V.

CHAPMAN PLUMBING, INC., an Illinois Corporation,

       Defendant.

CASE NUMBER: 08CV1770

ASSIGNED JUDGE: JUDGE KENDALL

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Chapman Plumbing, Inc.
c/o Scott C. Kuntz - registered agent
900 E. Northwest Hwy
Mt. Prospect, Illinois 60056

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Brian T. Bedinghaus
Lisa M. Simioni
Lewis Overbeck & Furman, LLP
20 N. Clark Street, Suite 3200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Anya Ellis_____
(By) DEPUTY CLERK



March 27, 2008
----------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | April 3'rd, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Philip P. Ducar | Special Process Server |

*Check one box below to indicate appropriate method of service*

XXX  Served personally upon the defendant. Place where served: Personally handed the Summons and the Complaint to Attorney Scott Kuntz, the R/A for the defendant, Chapman Plumbing, Inc. Service was effected at 900 E. Northwest Highway, in Mt. Prospect, Illinois, at the hour of 3:35 p.m., on April 3'rd, 2008.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 3'rd, 2008     *Philip P. Ducar*
                Date                    Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.