04-23-08BTB137034   65100/1137LIT-4769

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc. | ) | |
| | ) | No. 08 C 1770 |
| Plaintiff, | ) | |
| | ) | Judge Kendall |
| v. | ) | |
| | ) | Magistrate Judge Nolan |
| CHAPMAN PLUMBING, INC., an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Chapman Plumbing, Inc.
 c/o Its Registered Agent, Scott C. Kuntz
 900 E. Northwest Highway
 Mt. Prospect, IL  60056

    PLEASE TAKE NOTICE that on Monday, May 5, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her place and stead, in Courtroom No. 2319 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Motion for Default Judgment, a copy of which is herewith served upon you.

JAMES T. SULLIVAN, etc., by his attorneys,
DOUGLAS A. LINDSAY, JOHN W. LOSEMAN,
LISA M. SIMIONI, and BRIAN T. BEDINGHAUS

By:  s/ Brian T. Bedinghaus

Of Counsel:  
LEWIS, OVERBECK & FURMAN, LLP  
20 N. Clark Street  
Suite 3200  
Chicago, IL 60602-5093  
312.580.1200  

Brian T. Bedinghaus  
20 N. Clark Street  
Suite 3200  
Chicago, IL  60602-5093  
312.580.1269

PROOF OF SERVICE

I served a copy of the foregoing NOTICE OF MOTION upon:

Chapman Plumbing, Inc.
c/o Its Registered Agent, Scott C. Kuntz
900 E. Northwest Highway
Mt. Prospect, IL 60056

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on _April 24_, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _April 24_, 2008

_____
CHRISTINE USYAK

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200