Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1770 | **DATE** | May 13, 2008 |
| **CASE TITLE** | SULLIVAN et al vs. CHAPMAN PLUMBING INC | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for default judgment [11] is granted in part. Enter default against defendant for failure to appear or answer. Enter order directing defendant to turn over all books and records for audit. Prove up hearing is set for June 26, 2008 at 9:00 am.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | JS |
|---|---|---|