4-23-08 BTB137032                                                65100/1137LIT-4769

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND,<br><br>    Plaintiff,<br><br>v.<br><br>CHAPMAN PLUMBING, INC., an Illinois corporation,<br><br>    Defendant. | No. 08 C 1770<br><br>Judge Kendall<br><br>Magistrate Judge Nolan |

## ORDER

This matter having come to be heard on Plaintiff's Motion for Default Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion is granted, Defendant is held in default, and judgment is entered in favor of Plaintiff and against Defendant as provided herein;

IT IS FURTHER ORDERED that on or before May 26, 2008, Defendant shall submit to auditors designated by Plaintiff all books, records, and other information that such auditors may request for the purpose of an audit verifying Defendant's compliance with its contribution and other obligations under its collective bargaining agreement with Chicago Journeymen Plumbers' Local Union 130, U.A., during the period from January 1, 2005, to the present;

IT IS FURTHER ORDERED that on or before May 26, 2008, Defendant shall fully complete and submit to Union all delinquent monthly contribution reports, and shall continue to timely submit such reports while this action is pending and until the collective bargaining agreement is terminated; and

IT IS FURTHER ORDERED that the Court retains jurisdiction to enter any orders necessary to effectuate and enforce the terms of this Order, and to enter such other and further judgment(s) in favor of Plaintiff and against Defendant for unpaid contributions and other amounts shown to be due and owing under the collective bargaining agreement, ERISA, and/or LMRA, including but not limited to interest, liquidated damages, audit costs, attorneys' fees, and court costs, as well as for such other and further relief as appears just and equitable.

Dated: MAY 13, 2008

ENTER:

Virginia M. Kendall
United States District Court Judge