

4-23-08 BTB137032                                                65100/1137LIT-4769

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES T. SULLIVAN, not individually but as Trustee )
of PLUMBERS' PENSION FUND, LOCAL 130, U.A., )
PLUMBERS' WELFARE FUND, LOCAL 130, U.A., )
THE TRUST FUND FOR APPRENTICE AND )
JOURNEYMEN EDUCATION AND TRAINING, )
LOCAL 130, U.A., and CHICAGO JOURNEYMEN )     No.  08 C 1770
PLUMBERS' LOCAL UNION 130, U.A., )
GROUP LEGAL SERVICES PLAN FUND, )
)                                            Judge Kendall
                              Plaintiff, )
)                                            Magistrate Judge Nolan
              v. )
)
CHAPMAN PLUMBING, INC., an Illinois corporation, )
)
                              Defendant. )

JUDGMENT  ORDER

This matter having come to be heard on Plaintiff's Motion for Default Judgment, due

notice having been given to all parties entitled thereto, and the Court being fully advised in the

premises;

IT IS HEREBY ORDERED that Plaintiff's Motion is granted, Defendant is held in

default, and judgment is entered in favor of Plaintiff and against Defendant as provided herein;

IT IS FURTHER ORDERED that on or before June 3, 2008, Defendant shall submit to

auditors designated by Plaintiff all books, records, and other information that such auditors may

request for the purpose of an audit verifying Defendant's compliance with its contribution and

other obligations under its collective bargaining agreement with Chicago Journeymen Plumbers'

Local Union 130, U.A., during the period from January 1, 2005, to the present; and

IT IS FURTHER ORDERED that the Court retains jurisdiction to enter any orders

necessary to effectuate and enforce the terms of this Order, and to enter such other and further

judgment(s) in favor of Plaintiff and against Defendant for unpaid contributions and other

amounts shown to be due and owing under the collective bargaining agreement, ERISA, and/or

LMRA, including but not limited to interest, liquidated damages, audit costs, attorneys' fees, and

court costs, as well as for such other and further relief as appears just and equitable.


Dated: _____ 5-13-08 _____          ENTER:

                                    _____
                                    Virginia M. Kendall
                                    United States District Court Judge