06-3-08BTB137583                                                                                        65100-1137LIT-4769

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., | ) | |
| | ) | |
| Plaintiff, | ) | No.   08 C 1770 |
| v. | ) | |
| | ) | Judge   Virginia M. Kendall |
| CHAPMAN PLUMBING, INC., | ) | |
| an Illinois corporation, | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S INITIAL STATUS REPORT**

Plaintiff, JAMES T. SULLIVAN, etc., by his attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and, without the assistance of Defendant, who has not yet filed an appearance, submits this Initial Status Report:

1.   Attorneys

Plaintiff is represented by Douglas A. Lindsay, John W. Loseman, Lisa M. Simioni, and Brian T. Bedinghaus of LEWIS, OVERBECK & FURMAN, LLP, 20 N. Clark Street, Suite 3200, Chicago, IL  60602-5093.  Douglas A. Lindsay is expected to try this case, if necessary.

Defendant has not appeared in this case.

2.   Jurisdiction

This action is brought under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145 ("ERISA"), and the Labor Management Relations Act of

1947, as amended, 29 U.S.C. §185 ("LMRA").  The Court has jurisdiction of questions arising thereunder.

3. <u>Nature of Claims</u>

Plaintiff brought this action to obtain a compliance audit of the Defendant's books and records covering the period from January 1, 2005, to the present, and to recover any delinquent amounts found to be due and owing plus interest, attorneys' and auditor's fees, costs, and other amounts under the collective bargaining agreement, ERISA, and LMRA.

There is no expected counterclaim.

4. <u>Unserved Parties</u>

None.  Defendant was served on April 3, 2008.  Defendant failed to appear and answer the complaint, and a default judgment was entered against the Defendant on May 13, 2008.  The Defendant was ordered to submit to an audit prior to June 3, 2008.

5. <u>Principal Legal Issues</u>

None known.

6. <u>Principal Factual Issues</u>

Whether Defendant failed to pay contributions for individuals who performed covered work for the period from January 1, 2005, to the present.

Whether there are any related entities to Defendant.

7. <u>Jury Demand</u>

None.

8. <u>Discovery</u>

No written discovery has been issued.  Plaintiff will be able to suggest a discovery

schedule after the audit has been completed and factual issues, if any, have been identified.

9. <u>Trial Date</u>

Without further information, at this point, Plaintiff estimates a trial of this matter would take one day.  Plaintiff further estimates that Plaintiff would be ready for trial, if necessary, 3 months after an audit report is issued.

10. <u>Magistrate</u>

The parties have not consented to proceed before a Magistrate Judge.

11. <u>Settlement</u>

There have been no settlement discussions in this case between the parties.  Plaintiff does not request a settlement conference at this time.  A Prove Up Hearing is scheduled for June 26, 2008, at 9:00 A.M.

 

JAMES T. SULLIVAN, etc., by his attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and BRIAN T. BEDINGHAUS

By: <u>s/Brian T. Bedinghaus</u>
    Brian T. Bedinghaus
    LEWIS, OVERBECK & FURMAN, LLP
    20 N. Clark Street
    Suite 3200
    Chicago, IL 60602-5093
    312-580-1269

Of Counsel:
Lewis, Overbeck, & Furman, LLP
20 N. Clark St., Sute 3200
Chicago, IL 60602-5093
(312)580-1200