UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

James T. Sullivan, et al.
              Plaintiff,

v.                                              Case No.: 1:08−cv−01770
                                                Honorable Virginia M. Kendall

Chapman Plumbing, Inc.
              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

  MINUTE entry before the Honorable Virginia M. Kendall: Defendant fails to appear. Status hearing held. Plaintiff reports that defendant has reset the audit to 7/8/2008.Prove up hearing is reset to 7/30/2008 at 09:00 AM.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.