LIT-4769

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc. ) | |
| ) | No. 08 C 1770 |
| Plaintiff, ) | |
| ) | Judge Kendall |
| v. ) | |
| ) | Magistrate Judge Nolan |
| CHAPMAN PLUMBING, INC., an Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO:   Chapman Plumbing, Inc.
       c/o Robert Chapman, officer
       11250 Balmoral Dr.
       Huntley, IL 60142

     PLEASE TAKE NOTICE that on Wednesday, August 20, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her place and stead, in Courtroom No. 2319 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Motion for Rule to Show Cause, a copy of which is herewith served upon you.

                              JAMES T. SULLIVAN, etc., by his attorneys,
                              DOUGLAS A. LINDSAY, JOHN W. LOSEMAN,
                              LISA M. SIMIONI, and BRIAN T. BEDINGHAUS

                By:    s/ Brian T. Bedinghaus

Of Counsel:                    Brian T. Bedinghaus
LEWIS, OVERBECK & FURMAN, LLP   20 N. Clark Street
20 N. Clark Street              Suite 3200
Suite 3200                      Chicago, IL 60602-5093
Chicago, IL 60602-5093         312.580.1269
312.580.1200
65100/1137BTB138522

## PROOF OF SERVICE

I served a copy of the foregoing NOTICE OF MOTION upon:

Chapman Plumbing, Inc.
c/o Robert Chapman, officer
11250 Balmoral Dr.
Huntley, IL 60142

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on August 14, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Aug. 14, 2008

_____
ROBERT PARIZEK

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

2