**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

James T. Sullivan, et al.
                                  Plaintiff,

v.                                                          Case No.: 1:08−cv−01770
                                                            Honorable Virginia M. Kendall

Chapman Plumbing, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. Plaintiffs' motion for rule to show cause [21] is granted. Rule to Show Cause Hearing set for 9/10/2008 at 09:00 AM. Defendant and his attorney are ordered to appear on 9/10/2008 at 9:00 am prepared to proceed to hearing on the rule to show cause.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.