**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

James T. Sullivan, et al.
                              Plaintiff,

v.                                             Case No.: 1:08–cv–01770
                                               Honorable Virginia M. Kendall

Chapman Plumbing, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

   MINUTE entry before the Honorable Virginia M. Kendall: Defendant appears late. Defendant is advised that he must comply with all requests for books and records forthwith and that he must appear on 9/10/2008 at 9:00 am.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.