7210737 _1  125248.0116

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc.,  et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 08 C 1770 |
| v. | ) | |
| | ) | Judge Virginia Kendall |
| CHAPMAN PLUMBING, INC., and CHAMPION | ) | |
| PLANNING AND CONTRACTING, INC., | ) | |
| | ) | Magistrate Judge |
| Defendants. | ) | Mary M. Rowland |

### MOTION FOR ENTRY OF JUDGMENT AGAINST ROY WILSON CHAPMAN IV

NOW COME Plaintiffs, JAMES T. SULLIVAN, etc., et al., by their attorneys,

DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and BRIAN T. BEDINGHAUS, with

ROETZEL & ANDRESS, LPA, of counsel, and move this Court pursuant to Fed. R. Civ. P.

69(a), Illinois Supreme Court Rule 277(h), and 735 ILCS 5/2-1402(f)(1) to enter Judgment against

ROY WILSON CHAPMAN IV ("Roy Chapman"), president of Defendant, CHAPMAN

PLUMBING, INC., in the amount of $10,513.90.   In support hereof, Plaintiffs states:

1.      On May 26, 2009, Judgment was entered in favor of Plaintiffs and against

Defendants, CHAPMAN PLUMBING, INC., and CHAMPION PLANNING AND

CONTRACTING, INC., jointly and severally, in the amount of $530,820.89.

2.      On November 12, 2012, Plaintiffs served CHAPMAN PLUMBING, INC., with a

Citation to Discover Assets by corporate service on its president, Roy Chapman.   True and

correct copies of the Citation, Citation Notice, and completed Affidavit of Service are attached

hereto as Exhibit A.

3.      Citation required production of certain documents on or before December 4, 2012, and appearance by Roy Chapman at Plaintiffs' attorneys' office for examination on December 11, 2012.   See Exhibit A.

4.      On December 3, 2012, CHAPMAN PLUMBING, INC. filed for Chapter 7 Bankruptcy in Case No. 12 B 47618.

5.      On February 6, 2013, Plaintiffs served a Citation to Discover Assets on RBS CITIZENS d/b/a CHARTER ONE BANK ("Charter One").

6.      Pursuant to the Citation document request, Charter One produced copies of bank account statements from an account of CHAPMAN PLUMBING, INC.

7.      The Charter One checking account statements reveal that $10,513.90 was transferred from CHAPMAN PLUMBING, INC.'s checking account after the date the Citation was served on CHAPMAN PLUMBING, INC. on November 12, 2012.   True and correct copies of Charter One checking account statements for CHAPMAN PLUMBING, INC.'s checking account ending in x9473 covering the period from November 1, 2012 through February 28, 2013, and an "Affidavit of Keeper of Records," are attached hereto as Exhibit D.

8.      Specifically, the statements show following transfers occurred after service of the Citation:

Debits:

| Date | Amount | Description |
| --- | --- | --- |
| 11/13/12 | $3,946.90 | Dbt Purchase – Crawford Supply 12itasca IL |
| 11/13/12 | $406.51 | Dbt Purchase – Crawford Supply 12itasca IL |
| 11/13/12 | $133.60 | Dbt Purchase – Crawford Supply 12itasca IL |
| 11/13/12 | $66.51 | POS Debit – The Home Depot 190schaumburg IL |
| 11/13/12 | $40.00 | POS Debit – Ipass Autoreplenis800- 77 IL |
| 11/13/12 | $26.80 | POS Debit – Menards – Hanover Pk , IiL |
| 11/14/12 | $99.00 | Dbt Purchase – Bobs Amoco Cary IL |
| 11/26/12 | $75.00 | Dbt Purchase – Speedway 07756 115elgin IL |
| 12/03/12 | $89.74 | POS Debit – Shell Service Arlington Heiil |

| 12/03/12 | $56.72 | The Home Depot 193elgin IL |
| 12/10/12 | $59.88 | POS Debit – Godaddy.com |
| 12/27/13 | $59.76 | POS Debit – Godaddy.com |
| 12/28/12 | $59.88 | POS Debit – Godaddy.com |

Other Debits:

| Date | Amount | Description |
| --- | --- | --- |
| 11/14/12 | $1,368.80 | Amcheck Payroll |
| 12/3/12 | $1,368.80 | Amcheck Payroll |

Checks:

| Date | Check No. | Amount | Payee |
| --- | --- | --- | --- |
| 11/28/12 | 2532 | $2,306.00 | Costello & Costello P.C. |
| 12/3/12 | 2533 | $350.00 | Kevin Barry |

See Exhibit D.   True and correct copies of check numbers 2532 and 2533, supplied by Charter

One, are attached hereto as Exhibit E.

      9.     Illinois Supreme Court Rule 277(h) provides that "[a]ny person who fails to obey

a citation . . . may be punished for contempt."

      10.     735 ILCS 5/2-1402(f)(1) provides in relevant part:

> The citation may prohibit the party to whom it is directed from making or allowing
> any transfer or other disposition or, or interfering with, any property not exempt
> from the enforcement of a judgment therefrom . . . belonging to the judgment
> debtor or to which he or she may be entitled to which may thereafter be acquired
> by or become due to him or her . . . The court may punish any party who violates
> the restraining provision of a citation as and for a contempt . . .

735 ILCS 5/2-1402(f)(1).

      11.     The president of a corporation who transfers or permits the transfer of corporate

assets in violation of the prohibitions of a citation to discover assets is personally liable for the

transfers.  *Divane v. Sundstrand Electric Co., Inc.*, No. 03 C 5728, 2004 WL 1323287 at *2

(N.D.Ill. June 14, 2004) (citing *City of Chicago v. Air Auto Leasing Co.*, 297 Ill. App. 3d 873

(1988)); see also *Laborers' Pension Fund v. Dominic Jr., Inc.*, No. 02 C 3321, 2003 WL

21310282 * 2-4 (N.D.Ill. June 5, 2003).

     12.    Roy Chapman violated the restraining provisions of the Citation by transferring

and permitting the transfer of $33,389.99 from the Charter One checking account of CHAPMAN

PLUMBING, INC., after the date he was served with the Citation.

     13.    Plaintiffs request judgment be entered against ROY WILSON CHAPMAN IV in

the amount of $10,513.90, which is the amount of the transfers made after service of the Citation.

     14.    As of May 3, 2013, after all payments have been applied, a total amount of

$540,895.71 remains due to Plaintiffs, which amount includes $530,820.89 in judgment principal

and $10,074.82 in judgment interest.


     WHEREFORE, Plaintiffs, JAMES T. SULLIVAN, etc., et al., request the Court to enter

judgment in favor of Plaintiffs and against ROY WILSON CHAPMAN IV in the amount of

$10,513.90, and to award additional relief in favor of Plaintiffs as the Court deems appropriate.


                            JAMES T. SULLIVAN, etc., et al., by their
                            attorneys, DOUGLAS A. LINDSAY, JOHN
                            W. LOSEMAN, and BRIAN T.
                            BEDINGHAUS


OF COUNSEL:                          By:    /s/   Brian T. Bedinghaus
ROETZEL & ANDRESS, LPA                Brian T. Bedinghaus
20 S. Clark Street                     20 S. Clark Street
Suite 300                          Suite 300
Chicago, IL 60603                   Chicago, IL 60603
(312) 580-1269                     (312) 580-1200

## CERTIFICATE OF SERVICE

I served copies of the foregoing MOTION FOR ENTRY OF JUDGMENT AGAINST ROY WILSON CHAPMAN IV upon:

Chapman Plumbing, Inc.
c/o Roy W. Chapman IV, president
665 Forest Ave.
Elgin, IL  60123

Champion Planning and Contracting, Inc.
c/o Laura Chapman, president
11250 Balmoral Dr.
Huntley, IL  60142

Roy W. Chapman IV
665 Forest Ave.
Elgin, IL  60123

by placing true and correct copies thereof in sealed envelopes addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on May 3, 2013, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 3, 2013

ELIZABETH LAWRENCE

ROETZEL & ANDRESS, LPA
20 South Clark Street
Suite 300
Chicago, IL 60603
312.580.1200